UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATTER & BLUM, INC. | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | Judge: **09-3325** |
| | ) | |
| YAHOO! INC. AND AMERICAN EXPRESS COMPANY | ) | Magistrate: **SECT. L MAG. 2** |
| | ) | |
| Defendants. | ) | |

### VERIFICATION OF COUNSEL

Undersigned counsel for defendant and petitioner for removal herein, American Express Company, hereby certifies that the information contained in the Notice of Removal is correct to the best of counsel's information, knowledge and belief. Further, undersigned counsel verifies that the undersigned counsel has caused to be served on counsel for petitioner and removal defendant herein, Latter & Blum, Inc., and Dale N. Atkins, Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, all removal pleadings and the pleadings in the state court action filed by Latter & Blum, Inc., that is the subject of this removal.

Dated this 20th day of April, 2009.

Respectfully submitted,

_____
Kevin G. Barreca, Esq.
kbarreca@sessions-law.biz
SESSIONS, FISHMAN & NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700

Attorneys for Defendant,
American Express Company

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ___ by hand; ___ by ECF/CM; _X_ by fax; ___ by e-mail; ___ by FedEx; _X_ by placing a copy of same in the U.S. Mail, postage prepaid this 20th day of April, 2009.

_____
Kevin G. Barreca

N:\American Express (7700)\Latter & Blum (7700- )\Pleadings\Verification.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LATTER & BLUM, INC. ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | |
| ) | Judge: **09-3325** |
| v. ) | |
| ) | |
| YAHOO! INC. AND AMERICAN EXPRESS ) | Magistrate: |
| COMPANY ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

Undersigned counsel for defendant, American Express Company (American Express), certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal of this action was filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana; this filing occurred on April 20, 2009.

Undersigned counsel further certifies that, in compliance with 28 U.S.C. § 1446(d), written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court; this notice was given to all of the parties named above as plaintiffs in this action or to their attorneys of record via fax on April 20, 2009.; this filing occurred on April 20, 2009.

Undersigned counsel further certifies that, in compliance with 28 U.S.C. § 1446(d), written notice of the removal was also given to all parties in this action, along with a copy

1

of the Notice of Removal filed in this Court; this notice was given to all of the parties named above as plaintiffs in this action or to their attorneys of record via fax on April 20, 2009.

<div style="float:right">

Respectfully submitted,

_/s/ Kevin G. Barreca_

Kevin G. Barreca, Esq.
kbarreca@sessions-law.biz
SESSIONS, FISHMAN & NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700

Attorneys for Defendant,
American Express Company

</div>

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ___ by hand; ___ by ECF/CM; _X_ by fax; ___ by e-mail; ___ by FedEx; _X_ by placing a copy of same in the U.S. Mail, postage prepaid this 20th day of April, 2009.

_/s/ Kevin G. Barreca_
Kevin G. Barreca

N:\American Express (7700)\Latter & Blum (7700- )\Pleadings\Certificate of Compliance.doc

2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2009-02778                                    DIVISION "12-H"

LATTER & BLUM, INC.

VERSUS

YAHOO! INC. AND AMERICAN EXPRESS COMPANY

_____                               _____
     FILED                                      DEPUTY CLERK

### NOTICE OF FILING REMOVAL

TO:  The Honorable Dale N. Atkins          George L. Gibbs, Esq.
     Clerk of Court                        Michael R. Gelder, Esq.
     Civil District Court                  Leefe Gibbs Sullivan Dupre & Aldous
     Parish of Orleans                     One Lakeway
     421 Loyola Avenue                     Suite 1470
     New Orleans, LA 70112                 3900 N. Causeway Blvd.
                                           Metairie, LA 70002

     Eric J. Simonson, Esq.
     McGlinchey Stafford PLLC
     601 Poydras Street, 12th Floor
     New Orleans, LA 70130

PLEASE TAKE NOTICE that on April 20, 2009, defendant, American Express, filed a Petition for Removal and removed this action from this Court to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C §§1332 and 1441(b), a true and correct copy of which is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of such Notice with this Court, effects the removal of this action and this court may proceed no further unless and until the case is remanded.

Dated this 20th day of April, 2009.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ___ by hand; ___ by ECF/CM; X by fax; ___ by e-mail; ___ by FedEx; X by placing a copy of same in the U.S. Mail, postage prepaid this 20th day of April, 2009.

_____
Kevin G. Barreca
N:\American Express (7700)\Latter & Blum (7700- )\Pleading\Notice of Filing Removal.doc

Respectfully submitted,

_____
Kevin G. Barreca, Esq.
kbarreca@sessions-law.biz
SESSIONS, FISHMAN & NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700

Attorneys for Defendant,
American Express Company

1